Alex Tse
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**SEALED BY ORDER OF COURT**

**FILED**
OCT 10 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

**MAG**

CR 18 - 71434

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| Jose Luis Garcia-Munguia | |
| Angelina Marie Serrano | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on __10/10/18__, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other _____

pending in the __Southern__ District of __California__, Case Number __18 cr 3737 WQH__

In that case, the defendant is charged with a violation(s) of Title(s) ____ United States Code, Section(s) ____.

Description of Charges: __21 U.S.C. §841(a)(1), 846__

Respectfully Submitted.
Alex Tse
UNITED STATES ATTORNEY

Date: __10/10/18__

Assistant U.S. Attorney

1

```
                                    FILED

                                18 AUG 22 PM 7:33

                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA

                            BY:      JRM        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 18CR3737 WQH |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Methamphetamine; Title 18, U.S.C., Secs. 1956(a) and (h) – Conspiracy to Launder Monetary Instruments; Title 31, U.S.C., Sec. 5332 – Bulk Cash Smuggling; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 982(a), Title 31, U.S.C., Sec. 5332(b)(2), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |
| JOSE LUIS GARCIA-MUNGUIA (1), ▮▮▮▮▮ ANGELINA MARIE SERRANO (3), RIGOBERTO ARREOLA-PINEDA (4), JUAN ROGELIO LOAIZA-DELGADO (5), BENJAMIN DEANDRE CARTER (6), ▮▮▮▮▮ FRANCISCO SANCHEZ (8), ▮▮▮▮▮ | |
| Defendants. | |

The grand jury charges:

## Count 1

### Conspiracy to Distribute Methamphetamine

Beginning on a date unknown to the grand jury and continuing to on or about August 22, 2018, within the Southern District of California and elsewhere, defendants JOSE LUIS GARCIA-MUNGUIA, ▮▮▮▮▮ and ANGELINA MARIE SERRANO did knowingly and intentionally combine, conspire, and agree together and with each other, and with

JEHO:MEH:nlv:San Diego:8/22/18

other persons known and unknown, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## Count 2

### Conspiracy to Launder Monetary Instruments

Beginning on a date unknown to the grand jury and continuing to on or about August 22, 2018, within the Southern District of California and elsewhere, defendants JOSE LUIS GARCIA-MUNGUIA, RIGOBERTO ARREOLA-PINEDA, JUAN ROGELIO LOAIZA-DELGADO, BENJAMIN DEANDRE CARTER, ▮▮▮▮▮ FRANCISCO SANCHEZ, and ▮▮▮▮▮ did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the grand jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

(a) to knowingly conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute methamphetamine in violation of Title 21, United States Code, Section 846, with the intent to promote the carrying on of said specified unlawful activity, and knowing that the property involved in the transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(1); and;

//
//
//

1        (b) to knowingly conduct financial transactions affecting
2  interstate commerce and foreign commerce, which transactions involved
3  the proceeds of specified unlawful activity, that is, conspiracy to
4  distribute methamphetamine in violation of Title 21, United States Code,
5  Section 846, knowing that the transactions were designed in whole and
6  in part to conceal and disguise the nature, location, source, ownership,
7  and control of the proceeds of specified unlawful activity, and knowing
8  that the property involved in the financial transactions represented the
9  proceeds of some form of unlawful activity, in violation of Title 18,
10 United States Code, Section 1956(a)(1)(B)(i).
11 All in violation of Title 18, United States Code, Section 1956(h).

## Count 3

### Bulk Cash Smuggling

On or about November 5, 2016, within the Southern District of California, defendant ███████████████████ with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly concealed more than $10,000 in currency on the person of such individual defendant and in any conveyance, article of luggage, merchandise, and other container, and attempted to transport and transfer such currency from a place within the United States to a place outside of the United States, in violation of 31, United States Code, Section 5332(a)(1) and (b).

### Forfeiture Allegations

1. Upon conviction of the felony offense alleged in Count 1, which offense is subject to imprisonment for greater than one year, and pursuant to Title 21, United States Code, Section 853, defendants JOSE LUIS GARCIA-MUNGUIA, ███████████████████ and ANGELINA MARIE SERRANO shall forfeit to the United States their rights, title and interest in

3

any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment.

In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendant(s):

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold to or deposited with a third person;

    (c)   has been placed beyond the jurisdiction of the Court;

    (d)   has been substantially diminished in value; or

    (e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant's up to the value of the above-described property.

    2.   Upon conviction of the offense alleged in Count 2 and pursuant to Title 18, United States Code, Section 982(a)(1), defendants JOSE LUIS GARCIA-MUNGUIA, RIGOBERTO ARREOLA-PINEDA, JUAN ROGELIO LOAIZA-DELGADO, BENJAMIN DEANDRE CARTER, ███████████████ FRANCISCO SANCHEZ, and ███████████████ shall, upon conviction of such offense forfeit to the United States their rights, title and interest in any and all property involved in the offense, and any property traceable to such property.

//
//
//

4

1       The property to be forfeited includes, but is not limited to,
2  $194,999 seized from BENJAMIN DEANDRE CARTER on July 11, 2017.
3       In the event that any property described above as being subject to
4  forfeiture, as a result of any act or omission by the defendant(s):
5           (a)   cannot be located upon the exercise of due diligence;
6           (b)   has been transferred or sold to or deposited with a third
7  person;
8           (c)   has been placed beyond the jurisdiction of the Court;
9           (d)   has been substantially diminished in value; or
10          (e)   has been commingled with other property which cannot be
11 divided without difficulty;
12      it is the intent of the United States, pursuant to Title 21, United
13 States Code, Section 853(p), as incorporated by Title 18, United States
14 Code, Section 982(b)(1) to seek forfeiture of any other property of said
15 defendant's up to the value of the above-described property.
16      3.   Upon conviction of the offense alleged in Count 3, and pursuant
17 to Title 31, United States Code, Section 5332(b)(2), defendant ████
18 ████████████ shall forfeit to the United States all property, real
19 and personal, involved in the offense, and all property traceable to
20 such property, including but not limited to, $68,341 in U.S. currency.
21      In the event that any property described above as being subject to
22 forfeiture, as a result of any act or omission by defendant JUAN
23 ESPINOZA-BAUTISTA:
24          (a)   cannot be located upon the exercise of due diligence;
25          (b)   has been transferred or sold to or deposited with a third
26 person;
27          (c)   has been placed beyond the jurisdiction of the Court;
28          (d)   has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

  it is the intent of the United States, pursuant to Title 31, United States Code, Section 5332(b)(3) which incorporates the provisions of Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant's up to the value of the above-described property.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a), Title 31, United States Code, Section 5332(b)(2), and Title 28, United States Code, Section 2461(c).

  DATED: August 22, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
JARAD E. HODES
Assistant U.S. Attorney

By: _____
MEGHAN B. HEESCH
Assistant U.S. Attorney

I hereby attest and certify on 8/23/18
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

6

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

UNITED STATES OF AMERICA

v.

Angelina Marie Serrano (3)

SEALED

**WARRANT FOR ARREST**

Case Number: 18CR3737-WQH

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Angelina Marie Serrano (3)____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1), 846 - Conspiracy to Distribute Methamphetamine
21:853; 18:982(a); 31:5332(b)(2); 28:2461(c) - Criminal Forfeiture

In violation of Title ____See Above____ United States Code, Section(s) ____

RECEIVED U.S. MARSHALS-S/CA  AUG 23 PM

| | |
|---|---|
| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| (seal) J. MUELLER | |
| s/ J. Mueller | August 22, 2018 at San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ ____No Bail____ by ____The Honorable William V. Gallo____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Jose Luis Garcia-Munguia (1) | **SEALED**<br>WARRANT FOR ARREST<br><br>Case Number: 18CR3737-WQH<br><br>**NOT FOR PUBLIC VIEW** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Jose Luis Garcia-Munguia (1)
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1), 846 - Conspiracy to Distribute Methamphetamine
18:1956(a),(h) - Conspiracy to Launder Monetary Instruments
21:853; 18:982(a); 31:5332(b)(2); 28:2461(c) - Criminal Forfeiture

*RECEIVED U.S. MARSHALS-S/CA 2018 AUG 23 PM 12: 13*

In violation of Title   See Above   United States Code, Section(s) _____

| | |
|---|---|
| John Morrill<br>Name of Issuing Officer | Clerk of the Court<br>Title of Issuing Officer |
| s/ J. Mueller    **J. MUELLER** (SEAL)<br>Signature of Deputy | August 22, 2018 at San Diego, California<br>Date and Location |

Bail fixed at $   No Bail   by   The Honorable William V. Gallo
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT      Name of District Court, and/or Judge/Magistrate Location
                                  ☐ SUPERSEDING     **NORTHERN DISTRICT OF CALIFORNIA**
                                                    SAN JOSE DIVISION

**OFFENSE CHARGED**

Title 21, United States Code, Section 841(a)(1, 846:
Conspiracy to Distribute Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum penalty of life in prison; mandatory minimum 10 years in prison

**DEFENDANT - U.S**

▶ Angelina Marie Serrano

DISTRICT COURT NUMBER

18CR3737-WQH

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

HSI

☒ person is awaiting trial in another Federal or State Court, give name of court

Southern District of California, Hon. William Q. Hayes

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Meghan E. Heesch

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Meghan E. Heesch

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 21, United States Code, Section 841(a)(1), 846: Conspiracy to Distribute Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum penalty of life in prison; mandatory minimum 10 years in prison

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**DEFENDANT - U.S**
▶ Jose Luis GARCIA-Munguia

DISTRICT COURT NUMBER
**18CR3737-WQH**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
HSI

☒ person is awaiting trial in another Federal or State Court, give name of court
Southern District of California, Hon. William Q. Hayes

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form     Meghan E. Heesch
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Meghan E. Heesch

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction     ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
                          ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments: